FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 JUN 20 AM 10: 19
CLERK
SO. DIST. GA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INFORMATION |
| ) | CR 416-179 |
| KAYLA L. ANDERSON ) | |
| ) | |
| Defendant ) | |

## ORDER OF DISMISSAL

Leave of Court is GRANTED for the filing of the foregoing dismissal of the Information pending against Defendant KAYLA L. ANDERSON without prejudice.

SO ORDERED, this 20TH day of June, 2016.

_____
HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA